# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| ISAAC JOHN EARL DECKER, SR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. CIV-24-905-SLP |
| ) | |
| CHICKASHA CITY POLICE ) | |
| DEPARTMENT et al., ) | |
| ) | |
| Defendants. ) | |

## **O R D E R**

Before the Court is the Report and Recommendation (R&R) of United States Magistrate Judge Chris Stephens, which was entered on October 11, 2024 [Doc. No. 6]. Judge Stephens recommends dismissal of this matter because Plaintiff has failed to comply with the Court's order to pay the requisite filing fee or move to proceed in forma pauperis. Plaintiff had until November 1, 2024 to object to the R&R.  No objection has been filed, nor has an extension of time in which to object been sought or granted.  Upon review, the Court concurs with Judge Stephens' analysis.

IT IS THEREFORE ORDERED that the Report and Recommendation [Doc. No. 6] is ADOPTED in its entirety.  This matter is DISMISSED without prejudice due to Plaintiff's failure to comply with the Court's orders.  A separate Judgment of Dismissal shall be entered contemporaneously with this Order.

2

IT IS SO ORDERED this 6th day of November, 2024.

_____
SCOTT L. PALK
UNITED STATES DISTRICT JUDGE